Case 4:25-cv-02073   Document 9   Filed on 11/18/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVOY RAMON HOLLIE, JR. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-2073 |
| | § | |
| CHEVRON | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Magistrate Judge Palermo's Report and Recommendation (Doc. No. 7) that the Court dismiss Plaintiff's complaint for failure to effectuate service upon Defendant. Plaintiff filed no objections to the Report and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Plaintiff failed to serve Defendant within the prescribed amount of time under the Federal Rules of Civil Procedure. It is therefore

**ORDERED** that the Report and Recommendation (Doc. No. 7) is **ADOPTED**. This case is DISMISSED without prejudice for failure to serve the Defendant.

SIGNED this 18th day of November 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE